# In The United States Court of Federal Claims

No.  12-582T

(Filed:  November 9, 2012)
_____

GLACIER MOUNTAIN,

                    Plaintiff,

    v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**
_____

On November 2, 2012, defendant filed an unopposed motion for an enlargement of time to file a response to the complaint.  The motion is hereby **GRANTED**, in part.  On or before January 7, 2013, defendant shall file its response to the complaint.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge