# In The United States Court of Federal Claims

No. 12-582T

(Filed: February 28, 2013)

_____

GLACIER MOUNTAIN, L.P.,
PRINCIPAL LIFE INSURANCE
COMPANY, A PARTNER OTHER
THAN THE TAX MATTERS PARTNER,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Tuesday, March 12, 2013, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge