# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
                                    *
GLACIER MOUNTAIN, L.P., et al.,     *
                                    *
            Plaintiffs,             *
                                    *    No. 12-582T
v.                                  *    Filed: March 19, 2019
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' March 18, 2019 joint "stipulation for entry of decision dismissing this partnership action." Pursuant to the parties' March 18, 2019 joint "stipulation for entry of decision dismissing this partnership action and Rule 41 of the Rules of the United States Court of Federal Claims (2018), the court **ORDERS** that the above captioned case be **DISMISSED.**

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
         **Judge**
